UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sandra Jackson, | Case No. 18-cv-3127 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Metro HRA (Metro Council Housing Authority), Terry Smith, Tammy Prigge, Colleen, and Daina Ketchen, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's second request for an extension of time to comply with the Court's January 7, 2019 Order (ECF No. 4) directing her to file an Amended Complaint. (ECF No. 7.) Plaintiff states that her "advocate," who is assisting her, is recovering from illness. (ECF No. 7 at 1; *see* ECF No. 5.) Plaintiff seeks a 30-day extension in order to meet with her advocate. (ECF No. 7 at 1.)

Plaintiff's request for an extension of time is granted. **Plaintiff has 30 days from the date of this Order to comply with the January 7, 2019 Order and file an Amended Complaint.**

Plaintiff is reminded that Rule 8 requires a complaint to contain "a short and plain statement of the claim[(s)] showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). "A complaint must be concise, and it must be clear." *Gurman v. Metro Hous. & Redevelopment Auth.*, 842 F. Supp. 2d 1151, 1152 (D. Minn. 2011). A complaint must provide the defendant "with fair notice" of the plaintiff's claims "and the grounds upon

1

which [they] rest[ ]." *Adams v. Am. Family Mut. Ins. Co.*, 813 F.3d 1151, 1154 (8th Cir. 2016). Plaintiff is reminded that, if she elects to amend, she must submit an entirely new pleading clearly labeled "Amended Complaint." She must comply with the basic pleading rules prescribed by Federal Rules of Civil Procedure 8 through 11, and her new pleading must describe the specific factual and legal bases for her claims in a clear, complete, and well-organized fashion. Importantly, the Amended Complaint must clearly explain what, specifically, each Defendant actually did (or failed to do) that allegedly violated the law. Vague accusations and legal conclusions will not suffice. The Amended Complaint must allege a full set of historical facts explaining the violations Plaintiff alleges.

If Plaintiff does not file an Amended Complaint satisfying all of the conditions outlined in the January 7, 2019 Order **within 30 days from the date of this Order**, the Court will recommend that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Date: March__21__, 2019         *s/ Tony N. Leung*
                                Tony N. Leung
                                United States Magistrate Judge
                                District of Minnesota

                                *Jackson v. Metro HRA (Metro Council Housing Authority) et al.*
                                Case No. 18-cv-3127 (PJS/TNL)