# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sandra Jackson,  Civil No. 18-cv-3127 (PJS/TNL)

    Plaintiff,

v.  **ORDER**

Terry Smith, et al.,

    Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 26, 2019 (ECF No. 19), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  9/23/19

s/Patrick J. Schiltz  
The Honorable Patrick J. Schiltz  
United States District Court Judge  
for the District of Minnesota